UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE OMER BEAIRD | Case No: C 10-0084 SBA<br><br>**ORDER SETTING HEARING** |

    IT IS HEREBY ORDERED THAT the hearing on the instant bankruptcy appeal will take place on **June 29, 2010 at 1:00 p.m.** in Courtroom 1, Fourth Floor, United States District Court, 1301 Clay St., Oakland, California. Pursuant to Federal Rule of Civil Procedure 78(b), the Court may resolve the matter without oral argument, in which case the hearing date will be taken off calendar. The parties are advised to check the Court's website to determine whether a court appearance is necessary.

    IT IS SO ORDERED.

Dated: February 9, 2010

                                                      _____
                                                      SAUNDRA BROWN ARMSTRONG
                                                      United States District Judge