UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OMER BEAIRD,<br><br>        Plaintiff,<br><br>v.<br><br>IN RE OMER BEAIRD et al,<br><br>        Defendant.                  / | Case Number: CV10-00084 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

  U.S. Trustee
Office of the U.S. Trustee/Oak
Office of the U.S. Trustee
1301 Clay Street
#690N
Oakland, CA 94612

  United States Bankruptcy Court for the Northern District of California
Clerk of the Court
1300 Clay Street
Suite 300
Oakland, CA 94612

Leslie Tchaikovsky
U.S. Bankruptcy Court
Northern District of California
1300 Clay Street, Suite 300
P.O. Box 2070
Oakland, CA 94604

Lynette C. Kelly
U.S. Office of the Trustee
1301 Clay Street
#690N

Oakland, CA 94612

Omer Beaird
14 Snow Court
Orinda, CA 94563

Dated: February 10, 2010

                                              Richard W. Wieking, Clerk
                                              By: LISA R CLARK, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE OMER BEAIRD,

        Plaintiff,

  v.

IN RE OMER BEAIRD et al,

        Defendant.
_____/

Case Number: CV10-00084 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

  U.S. Trustee
Office of the U.S. Trustee/Oak
Office of the U.S. Trustee
1301 Clay Street
#690N
Oakland, CA 94612

  United States Bankruptcy Court for the Northern District of California
Clerk of the Court
1300 Clay Street
Suite 300
Oakland, CA 94612

Leslie Tchaikovsky
U.S. Bankruptcy Court
Northern District of California
1300 Clay Street, Suite 300
P.O. Box 2070
Oakland, CA 94604

Lynette C. Kelly
U.S. Office of the Trustee
1301 Clay Street
#690N

Oakland, CA 94612

Omer Beaird
14 Snow Court
Orinda, CA 94563

Dated: February 10, 2010

                                                Richard W. Wieking, Clerk
                                                By: LISA R CLARK, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE OMER BEAIRD,

    Plaintiff,

v.

IN RE OMER BEAIRD et al,

    Defendant.
                                 /

Case Number: CV10-00084 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

U.S. Trustee
Office of the U.S. Trustee/Oak
Office of the U.S. Trustee
1301 Clay Street
#690N
Oakland, CA 94612

United States Bankruptcy Court for the Northern District of California
Clerk of the Court
1300 Clay Street
Suite 300
Oakland, CA 94612

Leslie Tchaikovsky
U.S. Bankruptcy Court
Northern District of California
1300 Clay Street, Suite 300
P.O. Box 2070
Oakland, CA 94604

Lynette C. Kelly
U.S. Office of the Trustee
1301 Clay Street
#690N

Oakland, CA 94612

Omer Beaird
14 Snow Court
Orinda, CA 94563

Dated: February 10, 2010

                                              Richard W. Wieking, Clerk
                                              By: LISA R CLARK, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE OMER BEAIRD,

        Plaintiff,

  v.

IN RE OMER BEAIRD et al,

        Defendant.
                                            /

Case Number: CV10-00084 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

 U.S. Trustee
Office of the U.S. Trustee/Oak
Office of the U.S. Trustee
1301 Clay Street
#690N
Oakland, CA 94612

 United States Bankruptcy Court for the Northern District of California
Clerk of the Court
1300 Clay Street
Suite 300
Oakland, CA 94612

Leslie Tchaikovsky
U.S. Bankruptcy Court
Northern District of California
1300 Clay Street, Suite 300
P.O. Box 2070
Oakland, CA 94604

Lynette C. Kelly
U.S. Office of the Trustee
1301 Clay Street
#690N

Oakland, CA 94612

Omer Beaird
14 Snow Court
Orinda, CA 94563

Dated: February 10, 2010

                                          Richard W. Wieking, Clerk
                                          By: LISA R CLARK, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE OMER BEAIRD,

        Plaintiff,

  v.

IN RE OMER BEAIRD et al,

        Defendant.
                                        /

Case Number: CV10-00084 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

  U.S. Trustee
Office of the U.S. Trustee/Oak
Office of the U.S. Trustee
1301 Clay Street
#690N
Oakland,  CA 94612

  United States Bankruptcy Court for the Northern District of California
Clerk of the Court
1300 Clay Street
Suite 300
Oakland,  CA 94612

Leslie  Tchaikovsky
U.S. Bankruptcy Court
Northern District of California
1300 Clay Street, Suite 300
P.O. Box 2070
Oakland,  CA 94604

Lynette C. Kelly
U.S. Office of the Trustee
1301 Clay Street
#690N

Oakland, CA 94612

Omer Beaird
14 Snow Court
Orinda, CA 94563

Dated: February 10, 2010

                                            Richard W. Wieking, Clerk
                                            By: LISA R CLARK, Deputy Clerk