1
2
3
4
5 UNITED STATES DISTRICT COURT
6 FOR THE NORTHERN DISTRICT OF CALIFORNIA
7 OAKLAND DIVISION
8

| | |
|---|---|
| 9 IN RE OMER BEAIRD | Case No: C 10-0084 SBA |
| 10 | Bankruptcy Case No. 08-42942 LT |
| 11 | **ORDER DISMISSING APPEAL** |
| 12 | |

13
14    On June 21, 2010, the Court issued an Order to Show Cause re Dismissal based on
15 Appellant's failure to perfect the instant bankruptcy appeal.  Appellant has failed to respond to
16 the order to show cause.  Accordingly,
17    IT IS HEREBY ORDERED THAT that the instant bankruptcy appeal is DISMISSED
18 under Federal Rule of Civil Procedure 41(b) for failure to prosecute.  The Clerk shall close the
19 file and terminate any pending matters.
20    IT IS SO ORDERED.
21 Dated: June 29, 2010                     _____
22                                            SAUNDRA BROWN ARMSTRONG
                                           United States District Judge
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE OMER BEAIRD,

        Plaintiff,

  v.

IN RE OMER BEAIRD et al,

        Defendant.
                                     /

Case Number: CV10-00084 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 30, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


U.S. Trustee
Office of the U.S. Trustee/Oak
Office of the U.S. Trustee
1301 Clay Street
#690N
Oakland, CA 94612

United States Bankruptcy Court for the Northern District of California
Clerk of the Court
1300 Clay Street
Suite 300
Oakland, CA 94612


Leslie Tchaikovsky
U.S. Bankruptcy Court
Northern District of California
1300 Clay Street, Suite 300
P.O. Box 2070
Oakland, CA 94604

Lynette C. Kelly

1  U.S. Office of the Trustee
   1301 Clay Street
2  #690N
   Oakland, CA 94612
3
   Omer Beaird
4  14 Snow Court
   Orinda, CA 94563
5
   Dated: June 30, 2010
6                                              Richard W. Wieking, Clerk

7                                                 By: LISA R CLARK, Deputy Clerk